■

**George Anne VOGLER, Appellant,**

v.

**BOWLING GREEN BANK & TRUST CO., Appellee.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

John T. Bondurant, Randolph A. Brown, Brown, Ardery, Todd & Dudley, Louisville, for appellant.

Reginald L. Ayers, Bell, Orr, Ayers & Moore, Bowling Green, for appellee.

Memorandum Opinion of the Court by Special Commissioner SAUNDERS, Affirming.*

■

**REAMS LUMBER COMPANY, Appellant,**

v.

**Charles R. JACKSON, Appellee.**

Court of Appeals of Kentucky.

Aug. 17, 1973.

Rehearing Denied Oct. 26, 1973.

Glenn W. Denham, Denham, Ralston & Nagle, Middlesboro, for appellant.

Robert L. Milby, Hamm, Taylor, Milby & Farmer, London, Wheeler B. Boone, Lexington, for appellee Charles R. Jackson.

Memorandum Opinion of the Court by Special Commissioner JAMES C. CARTER, JR., Affirming.*

■

**Frank Luther EVANS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Terrence R. Fitzgerald, Deputy Public Defender, Louisville & Jefferson County Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

■

**Mary Keegan EISEL et al., Appellants,**

v.

**CITIZENS FIDELITY BANK & TRUST COMPANY and Mollie Hayden, Appellees.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Harry L. Hargadon, Jr., Hargadon, Hargadon, Lenihan & Harbolt, Louisville, for appellants.

W. Dalton Greenfield, Paducah, F. L. Pearl, Pearl & Trevathan, Louisville, for appellees.

Opinion of the Court by Special Commissioner FRANK R. GOAD, Affirming.*

* Opinion ordered not to be published.